IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


MARCOS BONIA,

      Appellant,

 v.                                    Case No.  5D15-2492

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 26, 2016

Appeal from the Circuit Court
for Orange County,
Greg A. Tynan, Judge.

James S. Purdy, Public Defender, and
Jacqueline Rae Luker, Assistant Public
Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Allison Leigh Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      Appellant challenges the order summarily denying his motion for return of property.

The State properly concedes error in that the trial court did not address the applicability

of section 705.105, Florida Statutes. *See Davis v. State,* 63 So. 3d 888, 889 (Fla. 5th

DCA 2011) (holding that lower court must attach records to establish property was seized

as evidence to support summary denial of motion for return of property pursuant to section 705.105); *Stevenson v. State,* 688 So. 2d 962 (Fla. 5th DCA 1997) (reversing denial of motion for return of property pursuant to section 705.105 where record did not establish statute applied).

REVERSED AND REMANDED.

LAWSON, C.J., ORFINGER and TORPY, JJ., concur.